**Order entered November 29, 2022**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-22-00803-CV**

**PATRICK J. GRIBBIN, Appellant**

**V.**

**HOLLYFRONTIER CORPORATION, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-11451**

**ORDER**

Before the Court is appellant's November 28, 2022 unopposed second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 6, 2023.

Because the brief was first due November 6, 2022, we caution that further extension requests will be disfavored.

/s/     KEN MOLBERG
           JUSTICE